# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Linda Carter )<br>*Plaintiff* )<br>v. )<br>Cummins Inc )<br>*Defendant* ) | Civil Action No. 2:10-cv-1408-DCN-RSC |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is hereby **ORDERED** that plaintiff's motion to remand is **GRANTED**, and plaintiff's request for attorney fees and costs is **DENIED**.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, Chief United States District Judge.

Date: December 10, 2010

*CLERK OF COURT*  Larry W. Propes

*Signature of Clerk or Deputy Clerk*